IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA GORMAN, | |
| Plaintiff, | 8:21CV194 |
| v. | ORDER |
| ANDREW M. SAUL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

This matter is before the Court on plaintiff Pamela Gorman's ("Gorman") Motion to Proceed in Forma Pauperis (Filing No. 2). Upon careful review, the Court finds Gorman's request to proceed in forma pauperis should be granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

IT IS SO ORDERED.

Dated this 27th day of May 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge