IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAMELA G.,<br><br>             Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | 8:21CV194<br><br>JUDGMENT |

     In accordance with the Memorandum and Order (Filing No. 26) entered today, the decision of defendant Kilolo Kijakazi, Acting Commissioner of Social Security, denying plaintiff Pamela G.'s claims for disability benefits under Title II of the Social Security Act (the "Act"), 42 U.S.C. § 401 *et seq.*, and for supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 *et seq.*, is affirmed. This case is dismissed with prejudice.

     Dated this 30th day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge